UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GRENDA RAY HARMER<br>Plaintiff, | ]<br>]<br>] |
| v. | ] No. 1:12-0103<br>] JUDGE HAYNES |
| HEATHER SCOTT, et al.<br>Defendants. | ]<br>] |

## ORDER

Before the Court are two Motions from the Plaintiff seeking the production of documents from the defendants (Docket Entry Nos. 15 and 17).

The defendants have not yet filed a response to the complaint. Therefore, Plaintiff's Motions seeking the discovery of certain documents are premature. For that reason, Plaintiff's Motions to produce documents are hereby **DENIED**.

It is so **ORDERED**.

ENTERED this the 24th day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief District Judge