UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| GRENDA RAY HARMER | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 1:12-0103 |
| | ] | JUDGE HAYNES |
| HEATHER SCOTT, et al. | ] | |
| Defendants. | ] | |

## ORDER

Before the Court are two Motions from the Plaintiff seeking the production of documents from the defendants (Docket Entry Nos. 15 and 17).

The defendants have not yet filed a response to the complaint. Therefore, Plaintiff's Motions seeking the discovery of certain documents are premature. For that reason, Plaintiff's Motions to produce documents are hereby **DENIED**.

It is so **ORDERED**.

ENTERED this the 24th day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief District Judge